**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

U.S. Department of Justice
Washington, D.C.

United States Courts
Southern District of Texas
FILED
*August 11, 2020*

Criminal Docket   David J. Bradley, Clerk of Court
Presented in Houston, TX

---

| | |
|---|---|
| CORPUS CHRISTI  Division | |
| Magistrate No.: N/A | CR. No.: **C-20-941** |
| File: INDICTMENT | |
| Filed: August 11, 2020 | Judge: **JUDGE NELVA GONZALES RAMOS** |
| County: Nueces | |
| CV #: 2018R22338 | |

Attorneys:

United States of America

v.

1) NATHAN NICHOLS
2) RICHARD NUNEZ
3) RICHARD CONLON
4) DOUGLAS WELLS

RYAN K. PATRICK, U.S. ATTORNEY
JEREMY FUGATE, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s):   Ct 1: (All Defendants) Did conspire to knowingly and intentionally conduct financial transactions in and affecting interstate and foreign commerce which involved the proceeds of a specified unlawful activity: 18 USC 1956(a)(1)(B)(i) and (h).
Ct. 2: (Deft #1) Did knowingly conduct, finance, manage, supervise, direct or own an illegal gambling business:  18 USC 1955 and 18 USC 2.
Ct. 3: (Deft #2) Did knowingly conduct, finance, manage, supervise, direct or own an illegal gambling business:  18 USC 1955 and 18 USC 2.
Ct. 4: (Deft #3) Did knowingly conduct, finance, manage, supervise, direct or own an illegal gambling business:  18 USC 1955 and 18 USC 2.
Ct. 5: (Deft #4) Did knowingly conduct, finance, manage, supervise, direct or own an illegal gambling business:  18 USC 1955 and 18 USC 2.

Penalty:   Ct. 1: Not more than 20 years imprisonment, or a fine of not more than $500,000, or twice the value of the property involved in the transactions, or both (whichever is greater); not more than 3 years Supervised Release; and, a $100 Special Assessment.
Ct. 2-5: Not more than 5 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years Supervised Release; and, a $100 Special Assessment.

In Jail:        _____

On Bond:       _____

No Arrest:     <u>XX – Motion for Arrest Warrant to be filed for all defendants</u>