IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CRIMINAL NO. C-20-941 |
| NATHAN NICHOLS<br>RICHARD NUNEZ<br>DOUGLAS WELLS<br>RICHARD CONLON | § § § § | |

**DEFENDANT NATHAN NICHOLS'**
**REQUEST FOR DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Rule 16(G) of the Federal Rules of Criminal Procedure, Defendant Nathan Nichols requests that the government be required to give Defendant a written summary of any testimony that the government intends to use under Rule 702, 703 or 705 of the Federal Rules of Evidence. Defendant requests that the summary describe the witness's opinions, the bases and reasons for these opinions, and the witness's qualifications.

Respectfully submitted,

*/s/ Hector Canales*
Hector Canales
Federal I.D. No. 29395
State Bar No. 24006951
**CANALES LAW FIRM, PLLC**
2601 Morgan Avenue
Corpus Christi, Texas 78405
Telephone: (361) 883-0601
Telecopier: (361) 884-7023
Email: Hector@canaleslawoffice.com
**Attorney In Charge**

J. A. "Tony" Canales
State Bar No. 03737000
U.S. Southern District Admission No. 1164
**CANALES & SIMONSON, P.C.**
2601 Morgan Ave.-P.O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone:  (361) 883-0601
Facsimile:   (361) 884-7023
Email:  tonycanales@canalessimonson.com

Scott M. Ellison
**The Law Office of Scott M. Ellison, PLLC**
410 Peoples St.
Corpus Christi, Texas 78401
Telephone:  (316) 887-7600
Facsimile:  (361) 882-4728
Email: scottellison@att.net

**ATTORNEYS FOR DEFENDANT
NATHAN NICHOLS**

## CERTIFICATE OF CONSULTATION

I, Hector Canales, certify that on the 11th  day of September 2020, I emailed a copy of the Defendant Nathan Nichols' Request for Disclosure of Expert Witnesses to AUSA Neel Kapur and asked him whether or not he opposed the Motion.  Mr. Kapur did not respond prior to filing however it is presumed that the Government is opposed.

*/s/ Hector Canales*
Hector Canales

## **CERTIFICATE OF SERVICE**

I certify that on this, the 11th day of September, 2020, a true and correct copy of the foregoing document was forwarded to the following counsel of record via the Court's CM/ECF system:

Neel Kapur
Assistant U. S Attorney
U. S. Attorney's Office
800 N. Shoreline Blvd.
Corpus Christi, Texas   78401-3730
Email: Neel.Kapur@usdoj.gov

*/s/ Hector Canales*
Hector Canales