IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| VS. | § § |
| NATHAN NICHOLS<br>RICHARD NUNEZ<br>DOUGLAS WELLS<br>RICHARD CONLON | § § § § | CRIMINAL NO. C-20-941

## **O R D E R**

On this the _____ day of _____, 2020, came on to be considered Defendant Nathan Nichols' Request for Disclosure of Expert Witnesses and said Motion is hereby.

**(GRANTED)          (DENIED)**

DATED: _____.

_____
UNITED STATES DISTRICT JUDGE